# United States District Court

for the

### Eastern District of Pennsylvania

January 11, 2017

U.S.A. vs. Wayne Rosen                                      Case No. 2:10CR000631-003

### Petition on Supervised Release

    COMES NOW Katie P. Quinlan U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Wayne Rosen, who was placed on supervised release by the Honorable Legrome D. Davis sitting in the Court at Philadelphia, PA, on the 25th day of February, 2013, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Bank Fraud (Count 63) and loan application fraud (Counts 64 and 65). |
| ORIGINAL SENTENCE: | The defendant was committed to the custody of the U.S. Bureau of Prisons for a period of 18 months, to be followed by three years of supervised release. A special assessment of $300.00 was imposed. |
| SPECIAL CONDITIONS: | 1) The defendant is to provide the U.S. Probation Department with monthly financial statements and yearly tax returns. He is not permitted to open any lines of credit or credit cards while on supervised release with out advance permission of the U.S. Probation Department; 2) The defendant is to receive any mental health treatment deemed appropriate by the U.S. Probation Department; and 3) The defendant shall pay restitution in the amount of $2,755,909.27, to be paid in monthly installments of $100.00, to commence 90 after release from imprisonment to a term of supervision. |
| DATE SUPERVISION COMMENCED: | August 1, 2014 |
| DATE SUPERVISION TERMINATES: | July 31, 2017 |

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

Mr. Rosen has satisfied his special assessment and he has paid $6,285.44 towards his restitution, leaving a current balance of $2,748,941.99. The offender has made payments of at least $125 each month, more than the required monthly amount, with the exception of January 2016.

Additionally, Mr. Rosen has maintained gainful employment and he understands that he will be required to make monthly payments directly to the Clerk's Office after his supervised release expires.

RE: ROSEN, Wayne
Case: 2:10CR000631-003

We note that Mr. Rosen has remained arrest free since the commencement of supervision and he is currently in compliance with all of the conditions of supervision. Based on the above noted information, we are respectfully requesting that Your Honor permit the defendant's case to expire as scheduled on July 31, 2017, with an outstanding restitution balance.

On December 29, 2016, the Financial Litigation Unit of U.S. Attorney's Office was notified of Mr. Rosen's case expiration date. It is noted that the U.S. Attorney's Office will continue to monitor and collect this debt beyond the period of supervision, taking collection action as deemed necessary.

**PRAYING THAT THE COURT WILL ORDER...** THAT THE DEFENDANT'S TERM OF SUPERVISED RELEASE BE PERMITTED TO TERMINATE ON ITS ORIGINAL EXPIRATION DATE OF JULY 31, 2017, WITH AN OUTSTANDING RESTITUTION BALANCE.

I declare under penalty of perjury that the foregoing is true and correct.

Jonathan J. Henshaw
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date January 11, 2017

KPQ

cc: Assistant U.S. Attorney
Defense Attorney
Defendant

ORDER OF THE COURT

Considered and ordered this 12th
day of January, 2017, and ordered filed and made part of the records in the above case.

/s/ Legrome D. Davis

U.S. District Court Judge

2